IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00662-REB-MEH

KEYMARK ENTERPRISES, LLC, a Delaware limited liability company,

    Plaintiff,

v.

V.P.T., INC. d/b/a EAGLE METAL PRODUCTS, a Texas corporation,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Pending before the Court is Plaintiff's unopposed Motion to Stay [doc #13]. The motion has been referred to this Court for disposition [doc # 14]. Oral argument would not materially assist the Court in the determination of this matter.

    Plaintiff has requested that the Court stay this case until July 11, 2008 to permit the parties to work on a settlement of the lawsuit. The Court believes that the more efficient procedure would be to proceed with the Scheduling Conference, but change the date to June 27, 2008 at 9:45 a.m., and the Court will address any issues regarding discovery at that time. The parties may, by agreement, delay their Rule 26 disclosures until July 11, 2008. In addition, the parties may delay their Rule 26(f) conference until shortly before the Scheduling Conference and may submit a proposed scheduling order by June 24, 2008. Using the form scheduling order on the Court's web site, it takes very little time to insert the parties' position statements, jurisdictional statements, undisputed facts, and proposed deadlines. The parties should be prepared to discuss and perhaps consummate their anticipated settlement at the Scheduling Conference and should come to the

Conference with full authority to settle, with their clients available by telephone. The Court will allow time after the Scheduling Conference to conduct settlement discussions.

Accordingly, Plaintiff's unopposed Motion to Stay [filed April 17, 2008; doc #13] is **denied**. The Scheduling Conference currently set for June 26, 2008 is hereby vacated and rescheduled for **June 27, 2008 at 9:45 a.m.** at which the parties should be prepared to discuss settlement of this matter. Counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f), as amended, to be filed on or before **June 24, 2008**. Pursuant to Fed. R. Civ. P. 26(d), as amended, no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the district judge in this case. The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. The proposed Scheduling Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Dated this 24th day of April, 2008, in Denver, Colorado.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge