IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00662-REB-MEH

KEYMARK ENTERPRISES, LLC, a Delaware limited liability company,

    Plaintiff,

v.

V.P.T., INC. d/b/a EAGLE METAL PRODUCTS, a Texas corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2008.**

    In the interests of justice and the standard set forth in Fed. R. Civ. P. 15(a), Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint [filed April 30, 2008; doc #25] is **granted**. The Clerk of the Court is directed to file the document found at docket #25-2.