IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00662-REB-MEH

KEYMARK ENTERPRISES, LLC, a Delaware limited liability company,

    Plaintiff,

v.

V.P.T., INC. d/b/a EAGLE METAL PRODUCTS, a Texas corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2008.**

    Plaintiff's Unopposed Motion to Withdraw Exhibits [filed April 30, 2008; doc #24] is construed as a request to remove the document marked "Exhibit A" from the docket as attachments to the Complaint and First Amended Complaint. Since removal of documents from the docket is not permitted, the motion will be **denied**.