IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00662-REB-MEH

KEYMARK ENTERPRISES, LLC, a Delaware limited liability company,

    Plaintiff,

v.

V.P.T., INC. d/b/a EAGLE METAL PRODUCTS, a Texas corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 7, 2008**.

    The Joint Motion for Protective Order [filed January 17, 2008; doc #16] is **denied without prejudice**, and the proposed Protective Order is refused. The proposed protective order improperly places on the party objecting to the Confidential designation the obligation of filing a motion challenging the designation. To the contrary, the burden always falls on the party resisting discovery to file a motion for protection. In addition, the proposed protective order fails to address the situation in which an objection is made but no motion for protective order is filed. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000).